IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTURY INDEMNITY COMPANY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 08-5006 |
| URS CORPORATION | : | |

## ORDER

AND NOW, this \_\_7th\_\_ day of August, 2009, upon consideration of Defendant's Motion to Dismiss or, in the Alternative, for a Stay (Doc. No. 3), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED. Plaintiff's Complaint is DISMISSED without prejudice to file an Amended Complaint within twenty (20) days of the date of this Order.

IT IS SO ORDERED.

BY THE COURT:

/s/ R. Barclay Surrick, J.